UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNY S. PARTIN,

       Plaintiff,                        Case No. 1:09-cv-368

v.                                            HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER APPROVING AND ADOPTING
## REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 2, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for attorney fees (Dkt. 20) is **GRANTED IN PART and DENIED IN PART** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's counsel be awarded fees and costs in the amount of $1,812.50.

Dated: March 21, 2011                                  /s/Janet T. Neff
                                                              JANET T. NEFF
                                                              UNITED STATES DISTRICT JUDGE