UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNY S. PARTIN,

       Plaintiff,                          Case No. 1:09-cv-368

v.                                              HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
                                     /

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt 29) filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 31, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Renewed Motion for Award of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Dkt 27) is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's counsel be awarded fees and costs in the amount of nine-thousand six-hundred five dollars ($9,605.00).


Dated: September 19, 2011                            /s/Janet T. Neff
                                                                JANET T. NEFF
                                                                UNITED STATES DISTRICT JUDGE